UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VALDOVINOS-DIAZ,<br>　　　　Petitioner,<br>　v.<br>JEFF SESSIONS, et al.,<br>　　　　Respondents. | Case No. 18-cv-00383-PJH<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Maria Valdovinos-Diaz has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the denial of a bond hearing by an immigration judge following her detention in an ICE facility for over six months. Petitioner is in the custody of Immigration and Customs Enforcement as part of an ongoing removal proceeding. Petitioner seeks habeas relief arguing that she is entitled to a bond hearing pursuant to Diouf v. Napolitano, 634 F.3d 1081 (9th Cir. 2011). Petitioner makes three claims: (1) statutory violation of 8 U.S.C. § 1231(a)(6); (2) violation of the Fifth Amendment's procedural due process guarantee; and (3) violation of the Fourteenth Amendment's equal protection guarantee, as applied to the federal government through the Fifth Amendment's Due Process guarantee. These claims, when liberally construed, appear potentially colorable under 28 U.S.C. § 2241 and merit an answer from respondents.

Respondents shall show cause why petitioner Maria Valdovinos-Diaz's claim should not be granted, if that is their position, within sixty days of receipt of this order. Respondents shall file with their answer, and serve on petitioner a copy of, all portions of the removal record that have been transcribed and are relevant to determining the issues presented by the petition.

Petitioner shall have thirty days from the submission of respondents' response to file a traverse.

The clerk shall serve this order on petitioner and respondents.

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge